CY GOLDBERG ᵒ⁺*^
LORI C. MILLER ᵒ⁺
JASON W. RUBIN ᵒ⁺*
EAMON C. MERRIGAN ᵒ⁺
RICHARD M. CASTAGNA ᵒ⁺*
MATTHEW A. MORONEY ᵒ⁺*
CLAIRE B. NEIGER ᵒ⁺ ^
KRISTINE MEINDL ᵒ⁺
JOSEPH W. PETKA ᵒ
WARREN D. HOLLAND ᵒ⁺*
DANA M. KOOS *
LUCILLE BITTERMAN ᵒ⁺
IAN T. KINGSLEY ᵒ⁺*
JEFFREY E. TENTHOFF ᵒ⁺
JILLIAN VUKSON ᵒ
VIRGINIA KING ᵒ⁺

⁺* ALEXANDER W. COGBILL
ᵒ⁺ JOEL H. FEIGENBAUM
ᵒ LAUREN B. GLYNN
ᵒ⁺ JESSICA SMERIGLIO
ᵒ TYSON M. MOTT
* MATTHEW D. LAVOIE
ᵒ⁺ BRANDON EVANGELIST
ᵒ⁺ BRETT A. KIER
⁺* SAMANTHA PULLMAN
ᵒ⁺ KATELYN HUTCHISON
ᵒ KEVIN CARTER
ᵒ ALEXANDRA MARKWARD
* ROBERT BOGLE
* THOMAS HOLMGREN
ᵒ JENNIFER CARAWAY



GOLDBERG, MILLER & RUBIN

767 THIRD AVENUE, 24TH FLOOR, NEW YORK, NY 10017
PH 646.863.1531 | FAX 929.214.4181 | WWW.GMRLAWFIRM.COM

May 18, 2018

**VIA ELECTRONIC FILING**
The Honorable Frederic Block
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**  **State Farm Mut. Auto. Ins. Co. v. Jamaica Wellness Medical, P.C., et al**
        **Docket Number:** **1:16-cv-04948**
        **Our File Number:** **SF.00071**

Dear Judge Block:

  Pursuant to the Court's Order of May 1, 2018, Defendants were to respond to Plaintiff's Motion to Enforce Settlement by May 18, 2018. Defendants filed a responsive pleading on May 17, 2018. Plaintiff believes that a reply brief is necessary and, in accordance with the local rules, will prepare and file the reply brief by May 24, 2018.

  Should you have any questions, please do not hesitate to contact me.

                  Respectfully submitted,

                  RICHARD M. CASTAGNA

RMC/tp

cc:  Magistrate Judge Gold **(via electronic filing)**
   Melissa Betancourt, Esquire **(via electronic filing)**
   Frank D'Esposito **(via electronic filing)**
   Gary Tsirelman, Esquire **(via electronic filing)**
   Galina Feldsherova, Esquire **(via electronic filing)**