CY GOLDBERG ◦+*^
LORI C. MILLER ◦+
JASON W. RUBIN ◦+*
EAMON C. MERRIGAN ◦+
RICHARD M. CASTAGNA ◦+*
MATTHEW A. MORONEY ◦+*
CLAIRE B. NEIGER ◦+ ^
KRISTINE MEINDL ◦+
JOSEPH W. PETKA ◦
WARREN D. HOLLAND ◦+*
DANA M. KOOS *
HARLAN SCHREIBER *
IAN T. KINGSLEY ◦+*
JEFFREY E. TENTHOFF ◦+
JILLIAN VUKSON ◦
VIRGINIA KING ◦+
ALEXANDER W. COGBILL +*

◦+ JOEL H. FEIGENBAUM
◦ LAUREN B. GLYNN
◦ TYSON M. MOTT
* MATTHEW D. LAVOIE
◦+ JESSICA SMERIGLIO
◦+ THOMAS GIARDINA
◦+ BRANDON EVANGELIST
◦+ BRETT A. KIER
+* SAMANTHA PULLMAN
◦ KEVIN CARTER
◦ ALEXANDRA MARKWARD
* THOMAS HOLMGREN
◦ BRANDON R. COHEN
◦+ ERIK NEIMAN
+* MANUEL PALAGUACHI
◦ JESSICA A. KELLER
* ALANNA DOHERTY



GOLDBERG, MILLER & RUBIN

121 S. BROAD STREET, SUITE 1600, PHILADELPHIA, PA 19107
PH 215.735.3994 | FAX 215.735.1133 | WWW.GMRLAWFIRM.COM

November 14, 2018

**VIA E-FILING**
The Honorable Steven M. Gold
United States District Court
225 Cadman Plaza East
Chambers 1217, Courtroom 13-D
Brooklyn, NY 11201

    Re:    **State Farm Mut. Auto. Ins. Co. v. Jamaica Wellness Medical, P.C., et al.**
          **Docket Number:**    **1:16-cv-04948**
          **Our File Number:**    **SF.00071**

Dear Judge Gold:

    In compliance with the Court's November 5, 2018 Order requiring Plaintiff to file a Stipulation of Dismissal or updated status report letter, the relevant parties have consented to the issuance of this joint status letter.

    Please be advised that all the parties represented by the law offices of Melissa Betancourt (Specifically, Jamaica Wellness, United Wellness, Dr. Mittal, Dr. Lampa and David Safir) have reached a settlement, in principle, with State Farm Mutual Automobile Insurance Company.

    The parties have reduced the agreed upon material terms into a writing and the parties are currently engaging in the final review process to ensure that the language is acceptable to all.

    The parties would request that the Court schedule a conference to allow the parties to place the settlement on the record and to discuss jurisdictional issues contemplated by the agreement, which has been previously discussed with the Court.

                            Respectfully Submitted,

                            RICHARD M. CASTAGNA

RMC/tp

The Honorable Steven M. Gold
November 14, 2018
Page 2

cc:    Melissa Betancourt, Esquire **(via e-filing)**
       Gary Tsirelman, Esquire **(via e-filing)**
       Galina Feldsherova, Esquire **(via e-filing)**
       Daily Medical Equipment **(via regular mail)**
       Lida's Medical Supply, Inc. **(via regular mail)**
       Gregory Miller **(via regular mail)**